# Court of Appeals
# of the State of Georgia

ATLANTA, September 05, 2024

*The Court of Appeals hereby passes the following order:*

A25A0261. SHEENA CALVIN v. HOUSING AUTHORITY OF THE CITY OF JESUP.

This case began as a dispossessory proceeding in magistrate court. Following an adverse ruling, pro se defendant Sheena Calvin filed a petition for review with the superior court, which dismissed the petition on August 9, 2024. Calvin filed a notice of appeal on August 13, 2024. We, however, lack jurisdiction.

Appeals from superior court decisions reviewing lower court decisions by petitions for review must be initiated by filing an application for discretionary review. OCGA § 5-6-35 (a) (1), (b); *Bullock v. Sand*, 260 Ga. App. 874, 875 (581 SE2d 333) (2003). "Compliance with the discretionary appeals procedure is jurisdictional." *Smoak v. Dept. of Human Resources*, 221 Ga. App. 257, 257 (471 SE2d 60) (1996). Because this case involves an appeal from magistrate court to superior court, Calvin has no right to a direct appeal here. See *Bullock*, 260 Ga. App. at 875. Accordingly, this appeal is hereby DISMISSED for lack of jurisdiction.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 09/05/2024

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*